1  **MAYER BROWN LLP**
2  ARCHIS A. PARASHARAMI (SBN 321661)
   *aparasharami@mayerbrown.com*
3  575 Market Street, Suite 2500
   San Francisco, CA 94105
4  Telephone:  (415) 874-4230

5  MATTHEW D. INGBER (*pro hac vice*)
   *mingber@mayerbrown.com*
6  ALLISON M. AVIKI (*pro hac vice*)
7  *aaviki@mayerbrown.com*
   1221 Avenue of the Americas
8  New York, NY 10020
   Telephone: (212) 506-2500
9
10 DANIEL E. JONES (*pro hac vice*)
   *djones@mayerbrown.com*
11 1999 K Street, N.W.
   Washington, DC 20006-1101
12 Telephone: (202) 263-3000

13 *Attorneys for Defendants*
14 *SPOTIFY USA, INC., SPOTIFY TECHNOLOGY,*
   *S.A. and SPOTIFY AB.*
15

16                **UNITED STATES DISTRICT COURT**
17                **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERIC DWAYNE COLLINS a/k/a "RBX", individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPOTIFY USA, INC., SPOTIFY TECHNOLOGY, S.A., and SPOTIFY AB,<br><br>Defendants. | Case No.: 2:25-cv-10525-JLS<br><br>Hon. Josephine L. Staton<br><br>**JOINT STIPULATION OF DISMISSAL OF DEFENDANTS SPOTIFY TECHNOLOGY, S.A., AND SPOTIFY AB**<br><br>Complaint Filed: 11/2/2025 |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Eric Dwayne Collins a/k/a RBX ("Plaintiff"), along with Defendants Spotify USA Inc., Spotify Technology, S.A., and Spotify AB ("Defendants," and with Plaintiff, the "Parties"), through their counsel, submit this joint stipulation to dismiss Defendants Spotify Technology, S.A. and Spotify AB without prejudice and with no award of fees or costs, based on the following:

**WHEREAS**, Plaintiff filed his Complaint in the above-captioned action on November 2, 2025 (ECF No. 1);

**WHEREAS**, Defendants maintain that the Court lacks personal jurisdiction over Spotify Technology, S.A. and Spotify AB, and the Parties met and conferred to discuss Defendants forthcoming motions to dismiss and the propriety of maintaining this suit against Spotify Technology, S.A., and Spotify AB;

**WHEREAS**, the Parties agree to dismiss Spotify Technology S.A. and Spotify AB without prejudice subject to the conditions laid out below;

**WHEREAS**, the Parties agree that to the extent that any judgment is awarded against Spotify USA Inc. in this case, Spotify USA Inc. or any of its assignees will be able to satisfy any such judgment, and Spotify Technology S.A., Spotify AB, and Spotify USA Inc. each warrant and represent that they will not take any action that will cause Spotify USA Inc. to be unable to fully satisfy any judgment entered in this case;

**WHEREAS**, the Parties further agree that for purposes of discovery in this case, Plaintiff may seek discovery from Spotify Technology S.A. or Spotify AB as if they remained parties to the litigation (and subject to any objections or defenses that Spotify Technology S.A. or Spotify A.B. could raise if they remained parties to the litigation), but any deposition of such Spotify Technology S.A. or Spotify AB officer, director or managing agent will occur in the deponent's city and country of residence or at a location mutually agreed to by the parties;[1] and

---

[1] For the avoidance of doubt, Defendants reserve the right to raise any other applicable defenses, including those available under foreign law, to oppose the production of

1 **WHEREAS**, the Parties further agree that with respect to any Spotify Technology S.A. or Spotify AB employee that is not an officer, director or managing agent and resides outside of the United States, Plaintiff will be required to comply with all applicable foreign laws or treaties before seeking a deposition of such employee;

**IT IS HEREBY STIPULATED AND AGREED THAT**, Defendants Spotify Technology S.A. and Spotify AB are dismissed as defendants in this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) without prejudice or costs to any party.

Dated: January 30, 2026

MAYER BROWN LLP

By: */s/ Archis A. Parasharami*
Archis A. Parasharami

*Attorneys for Defendants Spotify USA Inc., Spotify Technology S.A., and Spotify AB*

Dated: January 30, 2026

BARON & BUDD, P.C.
IRPINO LAW FIRM, LLC

By: */s/ Mark Pifko*
Mark Pifko

*Attorney for Plaintiff Eric Dwayne Collins, individually, and on behalf of other members of the general public similarly situated*

---

documents or information prohibited by foreign law or otherwise. The Parties agree that any such defenses or objections will be limited to the scope that would be available to Spotify Technology S.A. or Spotify AB if they were Parties. In other words, consistent with the Parties' agreement, Spotify Technology S.A. or Spotify AB will not make arguments based on their status as a non-party to the litigation

**FILER'S ATTESTATION**

Pursuant to local rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories to this document concur in the content of, and have authorized, this filing.

Dated: January 30, 2026

By: */s/ Archis A. Parasharami*
Archis A. Parasharami