UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:25-cv-10525-JLS-JDE                                    Date: June 26, 2026
Title:  Eric Dwayne Collins v. Spotify USA, Inc. et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Kelly Davis | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                        Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER STAYING DISCOVERY**

On November 2, 2025, Plaintiff Eric Dwayne Collins filed the complaint in this action against Defendant Spotify USA, Inc.  (Doc. 1.)  Defendant filed a motion to dismiss and a motion to strike on January 30, 2026.  (MTD, Doc. 38; Mot. to Strike, Doc. 39.)

On April 30, 2026, while Defendant's motions were pending, Plaintiff's counsel reached out to Defendant's counsel via email requesting that the parties schedule a Rule 26(f) conference.  (Ex. A to Ingber Decl. at 20–21, Doc. 55-2.)  After a meet-and-confer, the parties agreed to exchange initial disclosures on June 19, 2026, and that they could begin serving written discovery on the same date.  (Ingber Decl. ¶¶ 3–6, Doc. 55-1.)

The Court held a hearing on the motions on May 29, 2026.  On June 18, 2026, Defendant Spotify USA, Inc. filed a motion to stay discovery in this action pending resolution of Defendant's motion to dismiss and motion to strike.  (Mot. to Stay, Doc. 55.)  The Court entered an Order granting the motion to dismiss and denying as moot the motion to strike on June 22, 2026.  (Doc. 56.)  The Order dismissed all claims and

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:25-cv-10525-JLS-JDE                          Date: June 26, 2026
Title:  Eric Dwayne Collins v. Spotify USA, Inc. et al

allowed Plaintiff 21 days to file an amended complaint.  The Court now turns to Defendant's motion to stay discovery.[1]

"Under . . . the court's inherent and broad discretion to control its docket, a court may *sua sponte* enter an order staying discovery."  *Johnson v. Portfolio Recovery Assocs., LLC*, 2025 WL 1412722, at *2 (D. Nev. May 14, 2025) (citing Federal Rule of Civil Procedure 26(c)); *see also M.G. through Garcia v. Scrase*, 2022 WL 5242610, at *2 (D.N.M. Oct. 6, 2022) ("Federal courts exercising their discretionary authority under Rule 16 routinely stay discovery *sua sponte*.").  "The court may, for good cause, issue an order [staying discovery] to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense[.]"  Fed. R. Civ. P. 26(c)(1).  Because the Court has dismissed all claims in this action, the Court finds good cause to stay discovery until the issuance of the Court's Scheduling Order.  The parties have yet to file an amended pleading and potentially dispositive motions addressing the pleading.  Thus, the scope and nature of the claims in this case are still in flux.  Accordingly, a temporary stay of discovery at this early stage in litigation will serve to protect the parties from "undue burden or expense."  Fed. R. Civ. P. 26(c)(1).

The Court therefore STAYS discovery until the issuance of its Scheduling Order.  The parties are directed to Judge Staton's Procedures Page, which outlines the procedures the parties shall follow in advance of the Scheduling Conference, including the filing

---

[1] The Court finds this matter appropriate for decision without oral argument, and the hearing set for August 21, 2026, at 10:30 a.m. is VACATED.  Fed. R. Civ. P. 78(b); C.D. Cal. R. 7-15.  Because Defendant's motion seeks only the stay of discovery until the resolution of Defendant's pending motions, and the Court has decided those motions, Defendant's motion, as framed, is MOOT.  Still, as set forth below, the Court finds that Defendant has shown good cause to stay discovery pending the issuance of the Scheduling Order by the Court.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:25-cv-10525-JLS-JDE                    Date: June 26, 2026
Title:  Eric Dwayne Collins v. Spotify USA, Inc. et al

their Joint Rule 26(f) Report.  (*See* Judge Staton's Procedures Page § 1 (incorporated by Standing Order at 2, Doc. 20).)

Initials of Deputy Clerk: kd