**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERIC DWAYNE COLLINS a/k/a "RBX", individually, and on behalf of other members of the general public similarly situated, ,<br><br>                Plaintiff,<br><br>        v.<br><br>Spotify USA Inc.,<br><br>                Defendant. | Case No. 2:25-cv-10525-JLS-JDE<br><br>**ORDER GRANTING JOINT STIPULATION EXTENDING TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT (DOC. 60)** |

Having read and considered the Joint Stipulation to Extend Defendant's Time to Respond to the Amended Complaint (Doc. 60), and for good cause appearing, the Court GRANTS the Stipulation and ORDERS that the time for Defendant to respond to the First Amended Complaint in the above captioned action shall be extended to and including **August 11, 2026**.

DATED: July 24, 2026

JOSEPHINE L. STATON

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

2