**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERIC DWAYNE COLLINS a/k/a "RBX", individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPOTIFY USA, INC.,<br><br>Defendant. | Case No.: 2:25-cv-10525-JLS<br><br>Hon. Josephine L. Staton<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT SPOTIFY USA, INC.'S MOTION TO DISMISS** |

The Court, having reviewed Defendant Spotify USA, Inc.'s Motion to Dismiss and good cause appearing therefore, hereby ORDERS as follows:

1. The Motion to Dismiss is GRANTED.

2. Plaintiff's First Amended Complaint (ECF No. 59) is DISMISSED in its entirety, with prejudice and without leave to amend.

**IT IS SO ORDERED.**

Dated:

Hon. Josephine L. Staton
United States District Judge