JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

ERIC DWAYNE COLLINS a/k/a "RBX", individually, and on behalf of other members of the general public similarly situated,

Plaintiff,

v.

SPOTIFY USA, INC.,

Defendant.

Case No.: 2:25-cv-10525-JLS-JDE

**JUDGMENT**

Pursuant to the Court's October 23, 2026 Order Granting Defendant Spotify USA, Inc.'s ("Spotify") Motion to Dismiss the First Amended Complaint and Denying as Moot Spotify's Motion to Strike (Doc. 73),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed with prejudice.

Dated: October 29, 2026

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE