Daniel Alberstone (SBN 105275)
dalberstone@baronbudd.com
Mark Pifko (SBN 228412)
mpifko@baronbudd.com
Peter Klausner (SBN 271902)
pklausner@baronbudd.com
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Los Angeles, California 91436
Telephone: (818) 839-2333

Anthony Irpino (*pro hac vice* to be filed)
airpino@irpinolaw.com
Pearl Robertson (*pro hac vice* to be filed)
probertson@irpinolaw.com
Irpino Law Firm, LLC
2216 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 525-1500

Attorneys for Plaintiff
ERIC DWAYNE COLLINS a/k/a "RBX," individually, and on behalf of other members of the general public similarly situated

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC DWAYNE COLLINS a/k/a "RBX," individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SPOTIFY USA, INC., SPOTIFY TECHNOLOGY, S.A., and SPOTIFY AB,<br><br>Defendants. | Case Number: 2:25-cv-10525-JLS-JDL<br><br>**CLASS ACTION**<br><br>**NOTICE OF APPEAL** |

## NOTICE OF APPEAL

Notice is hereby given that Eric Dwayne Collins, individually and on behalf of other similarly situated members of the public ("Plaintiff"), hereby appeals to the United States Court of Appeals for the Ninth Circuit from the October 23, 2026 order granting Defendant's motion to dismiss and the October 29, 2026 judgment dismissing this action, with prejudice (Dkts. 73, 75), and all decisions subsumed in that order, including, the June 22, 2026 order granting Defendant's motion to dismiss and denying Defendant's motion to strike as moot (Dkt. 56).

Dated: November 5, 2026

BARON & BUDD, P.C.

By: */s/ Mark Pifko*
Mark Pifko

Daniel Alberstone (SBN 105275)
dalberstone@baronbudd.com
Mark Pifko (SBN 228412)
mpifko@baronbudd.com
Peter Klausner (SBN 271902)
pklausner@baronbudd.com
Baron & Budd, P.C.
15910 Ventura Boulevard, Suite 1600
Los Angeles, California 91436
Telephone: (818) 839-2333

Anthony Irpino
airpino@irpinolaw.com
Pearl Robertson
probertson@irpinolaw.com
Irpino Law Firm, LLC
2216 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 525-1500